IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICKA JACKSON, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| TRANS UNION, LLC, | : | No. 21-023 |
|     *Defendant* | : | |

## ORDER

AND NOW, this _6th_ day of December, 2021, upon consideration of Defendant Trans Union, LLC's Motion for Judgment on the Pleadings (Doc. No. 12) and Plaintiff Ericka Jackson's Response in Opposition and Motion for Leave to Amend (Doc. No. 18), it is **ORDERED**:

1. The Motion for Judgment on the Pleadings (Doc. No. 12) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

2. The Motion for Leave to Amend (Doc. No. 18) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the Court's accompanying Memorandum.[1]

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As the Court explained in its accompanying memorandum, "to request leave to amend a complaint, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007). The Court will grant Ms. Jackson leave to seek leave to amend her complaint and admonishes her to follow this procedural requirement.

1